IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:03-CR-00283-BRW-05

CECIL EUGENE SCHULTZ, SR.

## ORDER

Pending is *pro se* Defendant's unopposed Motion for Early Termination of Supervised Release (Doc. No. 203). Defendant has served more than two years of supervised release and I am satisfied that early termination is warranted by the conduct of Defendant and the interest of justice. Accordingly, the Motion is GRANTED.

IT IS SO ORDERED this 13th day of July, 2016.


    /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE